**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0192

Savard Labor & Marine. Inc.

- - Versus - -

Glo Resources, LLC, Jerith Naquin, Ralph Frazier, Juan
Herrador, Karin Sosa and Brittany Troullier

19th Judicial District Court
Case #: 686664
East Baton Rouge Parish

On Application for Rehearing filed on 11/20/2020 by Jerith Naquin, et al

Rehearing _Denied_

_John Michael Guidry_

McClendon, J. Dissents
and would grant
the rehearing.

_Page McClendon_

_Walter I. Lanier, III_
Walter I. Lanier, III

Date **DEC 2 1 2020**

_Peggy J. Landry_
Rodd Naquin
Clerk of Court